## 74305. HOSCH v. BROWN.
(367 SE2d 888)

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Hosch v. Brown* 258 Ga. 14 (364 SE2d 833) (1988), our decision in *Hosch v. Brown*, 182 Ga. App. XXIX (1987), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, C. J., and Pope, J., concur.*

DECIDED MARCH 18, 1988.

*Michael C. Ford*, for appellant.
*Bernard Taylor*, for appellee.